# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 28, 2015

## NO. 03-15-00567-CR

**David Eugene Weir, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.